■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUTHER WILLIAMS, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on March 14, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL MORGAN, Appellant. — Order, Supreme Court, New York County (Harold Rothwax, J.), entered on June 9, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Asch, Silverman, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY BANACH, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on July 10, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Carro, Milonas and Kassal, JJ.